130 Livingston Street         Howard H. Roberts Jr.
Brooklyn, NY 11201            President





New York City Transit

718 694-1030

May 16, 2008                                    **SO ORDERED**

**BY FACSIMILE**

The Honorable George B. Daniels
United States District Court          **HON. GEORGE B. DANIELS**
Southern District of New York
500 Pearl Street                      MAY 1 6 2008
New York, NY 110007

Re: *Gorrick v. New York City Transit Authority*, 08 CV 4396 (GBD)

Dear Judge Daniels:

    We represent the Defendant in the above-captioned suit. I write to request a short extension of Defendant's time to answer or move with respect to Plaintiff's Complaint. This request is made on consent of Plaintiff, and is requested because lead counsel is out of the country. Plaintiff has consented to an extension of time for Defendant to respond to Plaintiff's Complaint from June 1, 2008 to June 11, 2008.

    We are mindful of the Courts busy schedule, and apologize for any inconvenience. Thank you for your consideration in this matter.

Respectfully Submitted.

Gena Usenheimer
Agency Attorney

cc:   Stuart Lichten
     Schwartz, Lichten & Bright PC
     Attorney for Plaintiff
     275 Seventh Avenue - Suite 1700
     New York, N.Y. 10001

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York
H. Dale Hemmerdinger, Chairman           Elliot G. Sander, Executive Director and CEO