UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
**PHILBERT GORRICK,**                                             **NOTICE OF MOTION**
                                                              :
    **Plaintiff,**                                              **08 CV 4396 (GBD)(AJP)**

**- against -**                                                   :

**NEW YORK CITY TRANSIT AUTHORITY**
                                                              :
    **Defendant.**
-------------------------------------------------------------- x

    PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, dated June 11, 2008, with the Declaration of Ann Burton Goetcheus, Esq. and attached exhibits and upon all papers filed herein, a motion by Defendant New York City Transit Authority will be made to this Court, the Honorable George B. Daniels presiding, at the courthouse located at 500 Pearl Street, New York, New York, at a time to be selected by the Court, to dismiss the Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the ground that the Complaint fails to state a claim upon which relief may be granted under the Driver's Privacy Protection Act, the Americans with Disabilities Act, the New York State or City Human Rights Law, and for such other and further relief as this Court may deem just and proper.

Dated: Brooklyn, New York      Respectfully submitted,
       June 11, 2008      MARTIN B. SCHNABEL
                                            General Counsel
                                            Attorney for Defendant

                                            Ann Burton Goetcheus
                                            Gena Usenheimer
                                            130 Livingston Street, Rm. 1233
                                            Brooklyn, New York 11201
                                            (718) 694-3889

                              By:     */ s/ Ann Burton Goetcheus*
                                              Ann Burton Goetcheus
                                              Executive Agency Counsel

2008-10150
#1085576