UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ x
**PHILBERT GORRICK**

                                          **Plaintiff,**

                      -against-                              **NOTICE OF APPEARANCE**

**THE NEW YORK CITY TRANSIT AUTHORITY,**

                                     **Defendants.**        **08 CV 4396 (GBD)(AJP)**
------------------------------------------------------------------------------ x

PLEASE TAKE NOTICE, that I have been retained by the defendant NEW YORK CITY TRANSIT AUTHORITY. I was admitted to practice in this District in 2006.

                                                      /s/ Gena Usenheimer
                                                      GENA USENHEIMER

                                                        Office of the General Counsel
                                                        New York City Transit Authority
                                                        130 Livingston Street, 12th Floor
                                                        Brooklyn, NY 11201
                                                        Office Address

                                                        718-694-1030
                                                        Office Telephone

                                                        gena.usenheimer@nyct.com
                                                        Email address

1057994