130 Livingston Street
Brooklyn, NY 11201

Howard H. Roberts Jr.
President

**MTA New York City Transit**

718 694-3889

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUN 18 2008]*

**SO ORDERED**

*/s/ George B. Daniels*

**HON. GEORGE B. DANIELS**
JUN 17 2008

June 12, 2008

**BY FACSIMILE 212 805-6737**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 110007

Re: *Gorrick v. New York City Transit Authority, et al* 08 CV 4396 (GBD)

Dear Judge Daniels:

    We represent the Defendant in the above-captioned suit in which we filed a motion to dismiss yesterday. I am writing to request the following briefing schedule, occasioned by my own and my co-counsel's planned vacations:

    Plaintiff's response due July 11, 2008
    Defendant's reply due July 25, 2008.

    Plaintiff's counsel has consented to this request.

    We thank you for your consideration of this request.

Sincerely yours,

*/s/ Ann Burton Goetcheus*
Ann Burton Goetcheus
Executive Agency Counsel

cc:    Stuart Lichten
        Schwartz, Lichten & Bright PC
        Attorney for Plaintiff
        275 Seventh Avenue - Suite 1700
        New York, N.Y. 10001

        Gena Usenheimer, Esq.

2008-10150
#1085361

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York
H. Dale Hemmerdinger, Chairman    Elliot G. Sander, Executive Director and CEO