USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 23 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
PHILBERT GORRICK,              :     STIPULATION EXTENDING
                                     DEFENDANT'S TIME TO REPLY
   Plaintiff,
                               :           SO ORDERED
   - against -
                               :     CV-08-4396 (GBD)
NEW YORK CITY TRANSIT AUTHORITY :
                                     *signature*
   Defendant.                  :     HON. GEORGE B. DANIELS
---------------------------------------- x   JUL 23 2008

IT IS HEREBY STIPULATED AND AGREED by the attorneys on behalf of Plaintiff and Defendants New York City Transit Authority in the above-captioned matter as follows:

The time for Defendants New York City Transit to reply to Plaintiff's Response to Defendant's Motion to Dismiss is hereby extended from July 25, 2008 to August 26, 2008.

Dated:   July __, 2008
         Brooklyn, N.Y. 11201

**Stuart Lichten**                        Martin B. Schnabel
Schwartz, Lichten & Bright PC             Vice President and General Counsel
Attorney for Plaintiff                    Attorney for Defendant
275 Seventh Avenue Suite 1700             130 Livingston Street, Room 1233
New York, NY 10001                        Brooklyn, N.Y. 11201
(212) 228-6320                            (718) 694-3889
(212) 358 1353 (Fax)                      (718) 694-4020 (Fax)

By: _____                     By: _____
**Stuart Lichten**                        **Ann Barton Goetcheus**

#977270
2007-9909