UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PHILBERT GORRICK,                                         08 Civ. 4396 (GBD)

          Plaintiff,

  - against -                                         STIPULATION OF DISMISSAL

NEW YORK CITY TRANSIT AUTHORITY,

          Defendant.

----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Philbert Gorrick and defendant New York City Transit Authority, that the above-captioned action be dismissed with prejudice and without costs or attorney fees to either party.

Dated: New York, New York
       July __, 2008

SCHWARTZ, LICHTEN & BRIGHT, P.C.            NEW YORK CITY TRANSIT
                                                                                    AUTHORITY

By: Stuart Lichten (SL-1258)                    By: Ann Burton Goetcheus (AG-7265)
Attorneys for Plaintiff                         130 Livingston Street - 12th Floor
275 Seventh Avenue - 17th Floor                 Brooklyn, New York 11201
New York, New York 10001                        (718) 694-3889
(212) 228-6320

PHILBERT GORRICK